**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 9 EAL 2023

           Respondent            :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

           v.                        :

                                 :

JOSHUA J. YELVERTON,            :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 26th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.